## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **HON. SUSAN R. WALKER** | AT | Montgomery, Alabama |
| **DATE COMMENCED:** 1/31/07 | AT | 9:00 A.M. TO 9:48 A.M. |
| **DATE COMPLETED:** 1/31/07 | TO | Digital Recorded |

UNITED STATES OF AMERICA        *
                                *
VS.                             *    CASE NO.: 2:07MJ-6-CSC
                                *
MANUEL RAYOS                    *

---

| **GOVERNMENT** | **APPEARANCES**: | **DEFENDANT** |
|---|---|---|
| Atty. A. CLARK MORRIS | * | Atty. KEVIN BUTLER |
| | * | Atty. Robin Konrad |

---

**COURT OFFICIALS PRESENT**:

Court Room Deputy: Wanda Stinson

---

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **PRELIMINARY HEARING**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Preliminary hrg. 07m,j-6-CSC | | |
|---|---|---|---|
| Date | 1/31/2007 | Location | Courtroom 5B |

| Time | Speaker | Note |
|---|---|---|
| 9:00:44 AM | Court | Court convenes; parties present as noted; |
| 9:00:56 AM | Atty. Butler | Addresses the court on some house keeping matter regarding deft's correct name; Discssion as to deft's correct name; Deft submits a corrected financial affidavit indicating deft's correct name; |
| 9:01:43 AM | Court | Calls case; Response to defts correct name; Court accepts the corrected financial affidavit ; FD is allowed continued representation of the defendant; Corrected financial affidavit shall be filed with the court. |
| 9:02:25 AM | AUSA Morris | Calls agent Neill Thompson, Special agent with DEA; witness is sworn and seated; Discussion of conversation with CS re: drugs transported to Montgomery; |
| 9:16:20 AM | Atty. Butler | Cross-examination; Informs that deft may be making a material witness request to the court as to the female passenger ; Discussion of history confidential informant; Discussion of CI transaction with defendant; Discussion as to stop and search of deft's vheicle; Discussion of who the female passenger was in vehicle and her whereabouts; |
| 9:47:26 AM | Atty. Morris | No re-direct or other witnesses; |
| 9:47:33 AM | Court | Witness is excused; |
| 9:47:36 AM | Atty. Butler | None for the defendant; Just a brief statement; Discussion as to the deft's position; |
| 9:47:49 AM | Court | Based on the evidence presented to court finds probable cause to believe that a crime has been committed and that the defendant committed it and that the defend be bound over to the grand jury for further criminal proceedings; |
| 9:48:05 AM | Court | The detention issue is moot at this time; Court is recessed; |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| VS. | * | CASE NO. 2:07MJ-6-CSC |
| | * | |
| MANUEL RAYOS | * | |
| | * | |
| Defendant | * | |

<u>**WITNESS LIST**</u>:

<u>**GOVERNMENT**</u>                                      <u>**DEFENDANT**</u>

1. Agent Neill Thompson                                   N/A