**FILED**

FEB 22 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07CR30-WHA |
| ) | [21 USC § 841(a)(1)] |
| EPIFANIO ALCARAZ-ALCARAZ; ) | |
| also known as, "CHINO" and ) | **INDICTMENT** |
| "MANUEL RAYOS" ) | |

The Grand Jury charges:

### COUNT 1

That on or about January 25, 2007, in Montgomery County, within the Middle District of Alabama, the defendant,

**EPIFANIO ALCARAZ-ALCARAZ;**
also known as, "CHINO" and
"MANUEL RAYOS"

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly referred to as "cocaine powder", a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation as alleged in Count 1 of this indictment, the defendant,

**EPIFANIO ALCARAZ-ALCARAZ;**
also known as "CHINO" and
"MANUEL RAYOS",

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained,

directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1, including, but not limited to, the following:

> One 2002 GMC Yukon, VIN: 1GKEK63U02J340834, bearing Ohio license plate DVP1352 seized January 24, 2007 from Epifanio Alcaraz-Alcaraz.

C.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney