IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES O F AMERICA ) | |
| ) | |
| vs. ) | CR NO.  2:07CR-30-WHA |
| ) | |
| EPIFANIO ALCARAZ-ALCARAZ ) | |
| aka "CHINO" and "MANUEL RAYOS" | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **March 7, 2007** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

EPIFANIO ALCARAZ-ALCARAZ
aka "CHINO" and "MANUEL RAYOS"

before the United States District Court at Montgomery, Alabama in **Courtroom 5-B** on the 7TH day of **March 2007** at **10:00 o'clock a. m**.

DONE this 23th day of February, 2007.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

By: _____
     Deputy Clerk

cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation
      Federal Defenders