| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: **March 7, 2007** |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:31 - 10:38 |

√ **ARRAIGNMENT**  ❐ **CHANGE OF PLEA**  ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**  ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr30-WHA      **DEFENDANT NAME:** Epifanio Alcaraz-Alcaraz
**AUSA:** Clark Morris      **DEFENDANT ATTORNEY:** Robin Konrad standing in for Kevin Bulter

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
❐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    √ Not Guilty
         ❐ Guilty as to:
             ❐ Count(s):
             ❐ Count(s):         ❐ dismissed on oral motion of USA
                         ❐ to be dismissed at sentencing
❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   **April 23, 2007**       .
         **DISCOVERY DISCLOSURE DATE: 3/7/07**
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
         ❐ Trial on _____; ❐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
         ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:  ❐ Waiver of Conflict of Interest Form executed
             ❐ Defendant requests time to secure new counsel