IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07CR30-WHA |
| | ) | |
| EPIFANIO ALCARAZ-ALCARAZ | ) | |
|    aka Manuel Rayos | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

     COMES NOW the Defendant, Epifanio Alcaraz-Alcaraz, by and through undersigned counsel, Kevin L. Butler, and requests an extension of time to file pretrial motions. In support of this motion undersigned counsel states:

1. Mr. Alcaraz-Alcaraz is charged with possessing with intent to distribute 5 kilograms of cocaine.

2. Though arrested in this district, these charges (and potentially others) stem from criminal activity which occurred outside of this district (i.e. Texas and other areas in the Southwest). Additionally, there is an active/pending criminal case in another jurisdiction against Mr. Alcaraz-Alcaraz for conduct related to the offense charged in this district.

3. Based on this charge and his criminal history, Mr. Alcaraz-Alcaraz may be facing a mandatory life imprisonment.[1]

4. Pursuant to court order, Mr. Alcaraz-Alcaraz was to file pretrial motions on or before March 29, 2007.

5. Given the geographically remote nature of the investigation, the complexity of this case and

---

[1] Additionally, undersigned counsel has been informed there is a strong likelihood that additional criminal charges may be pending against Mr. Alcaraz-Alcaraz.

the severity of the potential penalties, Mr Alcaraz-Alcaraz needs additional time to complete the defense investigation, review discovery and file pretrial motions.

6. The United States, through A. Clark Morris, has no objection to the requested continuance.

**WHEREFORE**, the defendant prays that he be allowed until April 20, 2007, to file any pretrial motions in this matter. In the alternative, undersigned counsel asks that a briefing schedule be set at the April 2, 2007 status conference.

Dated this 29th day of March 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Cr. No. 2:07CR30-WHA |
| ) | |
| **EPIFANIO ALCARAZ-ALCARAZ** ) | |
| **aka Manuel Rayos** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138