IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO.2:07cr30-WHA |
| ) | |
| EPIFANIO ALCARAZ-ALCARAZ ) | |

## **ORDER ON MOTION**

On March 29, 2007, Defendant EPIFANIO ALCARAZ-ALCARAZ, filed a Motion for Extension of Time to File Pretrial Motions (Doc. # 18). Upon consideration of the motion, it is

ORDERED that the motion is GRANTED. Counsel shall file pretrial motions by April 20, 2007.

IT IS FURTHER ORDERED that based on the complexity of the case, a separate case pending in state court, and the additional time needed for discovery and motions in this pending case, the trial currently set for April 23, 2007 is continued. Senior United States District Judge W. Harold Albritton will set this case on a later trial term by separate order.

DONE this 2nd day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE