IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES O F AMERICA            )
                                     )
vs.                                  )        CR NO.    2:07CR-30-WHA
                                     )
EPIFANIO ALCARAZ-ALCARAZ             )
aka "CHINO" and "MANUEL RAYOS"

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:    The United States Marshal and his Deputies:

   **ARRAIGNMENT** is hereby set for **April 18, 2007**  in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

EPIFANIO ALCARAZ-ALCARAZ
aka "CHINO" and "MANUEL RAYOS"

before the United States District Court at Montgomery, Alabama in **Courtroom 4-B** on the **18th**

day of **April 2007**  at **10:30 o'clock a. m.**

   **DONE** this 5th  day of April, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By:_____
                              **Deputy Clerk**

cc:    U.S. Attorney
       U.S. Pretrial Services
       U.S. Probation
       Federal Defenders