IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:07cr030-WHA |
| EPIFANIO ALCARAZ-ALCARAZ | ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Trial (Doc. #25), filed by the

Defendant on April 17, 2007, and the United States having no objection, the court finds, for the

reason that additional time is needed for the Defendant to adequately prepare for trial, that the

ends of justice to be served by granting a continuance outweigh the rights of the Defendant and

the public to a speedy trial.  Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court

commencing April 23, 2007, and RESET for the term of court commencing June 4, 2007.

DONE this 18th day of April, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE