IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO. 2:07-cr-30-WHA
                                  )
EPIFANIO ALCARAZ-ALCARAZ          )

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District

of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed on February

22, 2007, in the above styled cause, on the following grounds, to wit:

Superseding Indictment filed on April 4, 2007.

Respectfully submitted this the 19th day of April, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
            v.                    )          CR. NO. 2:07-cr-30-WHA
                                  )
EPIFANIO ALCARAZ-ALCARAZ          )

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, I  electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

following: Kevin Butler

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )        CR. NO. 2:07-cr-30-WHA
                              )
EPIFANIO ALCARAZ-ALCARAZ      )

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment filed on February 22, 2007, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ____ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on February 22, 2007, in the above styled cause.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135