IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:07cr030-WHA |
| EPIFANIO ALCARAZ-ALCARAZ | ) |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #33), filed by the Defendant on May 16, 2007.

For the reason that additional time is needed to conclude a plea agreement that will include charges against the Defendant pending in Texas in addition to this case, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED to the term of court commencing July 9, 2007.

DONE this 17th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE