IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CR. NO. 2:07cr030-WHA |
| ) | |
| EPIFANIO ALCARAZ-ALCARAZ ) | |
| a/k/a Manuel Rayos ) | |

## **ORDER**

This case is before the court on Unopposed Motion to Continue Trial (Doc. #36), filed by the Defendant on June 25, 2007. For the reason that additional time is needed to arrange a Rule 20 transfer of this case to the United States District Court for the Western District of Texas, Austin Division, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing July 9, 2007, to the term of court commencing August 6, 2007.

DONE this 27th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE