IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr30-WHA |
| | ) | |
| EPIFANIO ALCARAZ-ALCARAZ; | ) | |
| also known as, "CHINO" and | ) | |
| "MANUEL RAYOS" | ) | |

MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation in the superseding indictment returned April 4, 2007.

The 2002 GMC Yukon Denali, VIN: 1GKEK63U02J340834, bearing Ohio license plate DVP1352, seized January 24, 2007, from defendant Epifanio Alcaraz-Alcaraz was forfeited to the United States, through the administrative forfeiture process, on May 30, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 20th day of July, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104
Telephone:(334) 223-7280

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
UNITED STATES OF AMERICA        )
                                )
v.                              )      CR. NO. 2:07cr30-WHA
                                )
EPIFANIO ALCARAZ-ALCARAZ;       )
also known as, "CHINO" and      )
"MANUEL RAYOS"                  )
```

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE