```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
v.                            )     CR. NO. 2:07cr30-WHA
                              )
EPIFANIO ALCARAZ-ALCARAZ;     )
also known as, "CHINO" and    )
"MANUEL RAYOS"                )
```

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this 20th day of July, 2007.


                                    /s/ W. Harold Albritton
                                    UNITED STATES DISTRICT JUDGE