# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Cr. No. 2:07cr30-WHA** |
| ) | |
| **EPIFANIO ALCARAZ-ALCARAZ** ) | |
| aka Manuel Rayos ) | |

## MOTION TO CORRECT TYPOGRAPHICAL ERROR

**COMES NOW** the Defendant, Epifanio Alcaraz-Alcaraz, by and through undersigned counsel, Kevin L. Butler, and submits this correction to the Unopposed Motion To Continue Trial file July 24, 2007 (Docket #40). In this pleading, counsel inadvertently asked that the matter be moved from the June 4, 2007 trial term. This matter is presently set on the August 6, 2007 trial term. The requested continuance is from the August 6, 2007

**WHEREFORE**, for the foregoing reasons, Mr. Alcaraz-Alcaraz respectfully requests that the June 4, 2007 date referenced in (Docket #40) be changed to August 6, 2007.

Dated this 24th day of July 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Cr. No. 2:07CR30-WHA |
| | ) |
| EPIFANIO ALCARAZ-ALCARAZ | ) |
| aka Manuel Rayos | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138