IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:07cr030-WHA |
| EPIFANIO ALCARAZ-ALCARAZ | ) | |

**ORDER**

    This case is before the court on the Unopposed Motion to Continue Trial (Doc. #40), filed by the Defendant on July 24, 2007. For the reason that counsel for the Defendant is involved in a trial at the present time and additional time is needed to complete the Rule 20 transfer of this case to the United States District Court for the Western District of Texas, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby ORDERED as follows:

    1. The trial of this case is CONTINUED from the term of court commencing August 6, 2007, to the term of court commencing September 17, 2007.

    2. The Defendant's Motion to Correct Typographical Error (Doc. #41) is GRANTED.

    DONE this 25th day of July, 2007.

    /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE