IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 SEP -7 P 4: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -v- | ) | 2:07-CR-30-WHA |
| | ) | |
| EPIFANO ALCARAZ-ALCARAZ | ) | |

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
*(Under Rule 20)*

I, Epifano Alcaraz-Alcaraz, the above-named defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Texas, and to waive the trial in the Middle District of Alabama.

Dated: 8/14/07, 2007, at Montgomery, Alabama.

_____
Epifano Alcaraz-Alcaraz
Defendant

_____
Counsel For Defendant

APPROVED

JOHNNY K. SUTTON
UNITED STATES ATTORNEY
Western District of Texas

By: _____
MARK MARSHALL
Assistant U. S. Attorney
Western District of Texas

LEURA GARRETT CANARY
UNITED STATES ATTORNEY
Middle District of Alabama

By: _____
A. CLARK MORRIS
Assistant U. S. Attorney
Middle District of Alabama